IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3076 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER A. KOCH, | ) | ORDER AMENDING ORDER ON |
| | ) | SENTENCING SCHEDULE TO |
| Defendant. | ) | RESCHEDULE SENTENCING HEARING |
| | ) | |

Due to a conflict in the court's schedule,

IT IS ORDERED that:

1. paragraph 9 of the Order on Sentencing Schedule, filing 23, is amended as follows:

    9. **October 20, 2008 at 12:15 p.m.:**  Sentencing before Senior Judge Warren K. Urbom.

2. all other deadlines established in the Order on Sentencing Schedule, filing 23, shall remain as scheduled.

Dated August 5, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge