IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3076 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER A. KOCH, | ) | TENTATIVE FINDINGS ON |
| | ) | PRESENTENCE INVESTIGATION |
| Defendant. | ) | REPORT |
| | ) | |

No statements indicating any objection to the Presentence Investigation Report have been filed; however, the defendant has filed a Motion for Downward Departure, filing 32, and has asked for an evidentiary hearing.    The defendant requests to be allowed to offer oral testimony in support of the motion and requests 30 minutes for direct examination of the witness.  That hearing shall be had at the time of the sentencing.

IT IS ORDERED that:

1.      an evidentiary hearing on the Motion for Downward Departure at the time of the sentencing hearing shall be had, at which time 30 minutes of oral testimony will be allowed;

2.      the government shall have 30 minutes to rebut or address issues raised by the defendant;

3.      no objection having been made to the Presentence Investigation Report, I tentatively find that the Presentence Investigation Report is true and accurate. Objections to these tentative findings may be made at the time of the sentencing.

Dated October 6, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge